HEATHER E. WILLIAMS, CA Bar #122664
Federal Defender
KARA R. OTTERVANGER, CA Bar # 354424
Assistant Federal Defender
Office of the Federal Defender
2300 Tulare Street, Suite 330
Fresno, CA  93721-2226
Telephone: (559) 487-5561
Fax: (559) 487-5950
Kara_Ottervanger@fd.org

Attorneys for Defendant
EDWIN ANGULO

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 1:24-cr-00069-JAM-BAM |
| Plaintiff, | **STIPULATION TO CONTINUE SENTENCING HEARING; ORDER** |
| vs. | |
| EDWIN ANGULO, | Date:   January 21, 2025<br>Time:   9:00 a.m. |
| Defendant. | |

IT IS HEREBY STIPULATED, by and between the parties, through their respective counsel, Assistant United States Attorney Arin Heinz, counsel for plaintiff, and Assistant Federal Defender Kara R. Ottervanger, counsel for defendant Edwin Angulo, that the Court may continue the sentencing hearing from January 21, 2025, to **March 11, 2025, at 09:00 a.m.**

On December 6, 2024, the Court *sua sponte* re-scheduled the sentencing hearing from January 28, 2025, to January 21, 2025. [ECF # 27]. The parties, in consultation with assigned U.S. Probation Officer Miranda Lewis, determined that, given the upcoming holidays and other workload—including a trial and numerous other Pre-Sentence Investigation Report (PSR) deadlines—the January 21, 2025, date would be difficult to accommodate. To ensure that the PSR, responses/objections thereto, and sentencing memorandum in this matter are completed thoroughly, the parties and Probation believe a continuance is necessary.

The parties further stipulate and request that the date for responding to any Presentence Investigation Report and any sentencing memorandum be continued in accordance with this stipulation and the Court's order thereon.

Probation and all parties shall adhere to the following schedule, unless later modified by this Court:

| | |
|---|---|
| Judgment and Sentencing Date: | **March 11, 2025** |
| Reply, or Statement of Non-Opposition: | **March 04, 2025** |
| Formal Objections to the Presentence Report shall be filed with the Court and served on the Probation Officer and opposing counsel no later than: | **February 25, 2025** |
| The final Presentence Report shall be filed with the Court and disclosed to counsel no later than: | **February 18, 2025** |
| Counsel's informal written objections to the Presentence Report shall be delivered to the Probation Officer and opposing counsel no later than: | **February 11, 2025** |
| The draft Presentence Report shall be disclosed to counsel no later than: | **January 28, 2025** |

/ /
/ /
/ /
/ /
/ /
/ /
/ /

                                                                            Respectfully submitted,

                                                                            PHILLIP A. TALBERT
United States Attorney

Date: December 9, 2024                */s/ Arin Heinz*
                                          ARIN HEINZ
Assistant United States Attorney
Attorney for Plaintiff


HEATHER E. WILLIAMS
Federal Defender


Date: December 9, 2024                */s/ Kara R. Ottervanger*
                                          KARA R. OTTERVANGER
Assistant Federal Defender
Attorney for Defendant
EDWIN ANGULO


## **O R D E R**

GOOD CAUSE APPEARING, the Court hereby continues the sentencing hearing currently scheduled for January 21, 2025, to **March 11, 2025, at 09:00 a.m**.


Dated: December 11, 2024              /s/ John A. Mendez
                                          THE HONORABLE JOHN A. MENDEZ
                                          SENIOR UNITED STATES DISTRICT JUDGE