HEATHER E. WILLIAMS, CA Bar #122664
Federal Defender
KARA. R. OTTERVANGER, CA Bar # 354424
Assistant Federal Defender
Office of the Federal Defender
2300 Tulare Street, Suite 330
Fresno, CA 93721-2226
Telephone: (559) 487-5561
Fax: (559) 487-5950

Attorneys for Defendant
EDWIN ANGULO

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 1:24-cr-00069-JAM-BAM |
| Plaintiff, | **MOTION TO AMEND PRESENTENCE INVESTIGATION REPORT (FINAL); ORDER** |
| vs. | |
| EDWIN ANGULO, | |
| Defendant. | |

    The draft Presentence Investigation Report (PSR) was filed in this matter on February 6, 2025. *See* ECF #30. Mr. Angulo submitted his informal objections to the draft PSR on February 11, 2025. *See* ECF #31-2. In his informal objections, Mr. Angulo objected to paragraph 20 of the draft PSR insofar as it included the improper addition of two levels under the U.S. Sentencing Guidelines § 2A6.2(b)(1)(A) for the offense involving the violation of a court protective order. *See* ECF #31-2 at 2. The final PSR was filed in this matter on February 19, 2025. *See* ECF #31. On February 25, 2025, Mr. Angulo filed his formal objections to the PSR and continued his objection to the addition of two levels under § 2A6.2(b)(1)(A), still listed in paragraph 20 of the final PSR. *See* ECF # 32 at 3-4.

    At sentencing on March 11, 2025, the Court sustained the objection to paragraph 20 insofar as it added an additional two levels under the U.S. Sentencing Guidelines § 2A6.2(b)(1)(A). As a result, it is necessary to amend a number of paragraphs in the final PSR to reflect the sustained

objection to paragraph 20 of the final PSR. It is necessary to amend paragraph 20 to only include an additional two levels of § 2A6.2(b)(1)(E) but removing the addition of two levels under (b)(1)(A). It is necessary to correct paragraph 28, which lists the total offense level as 19; the total offense level found by the Court at sentencing is 17. It is necessary to correct paragraph 75 which details the guideline provisions; this paragraph should read that the total offense level is 17 and the guideline imprisonment range is 30-37 months. It is necessary to correct the offense level and the guideline provision, as well as the recommended sentence, included on page 1 of ECF # 31-1, which incorrectly lists the total offense level at 19 and the guideline range as 37-46 months, as well as the two references on page 2 of ECD # 31-1 listing the low-end of the guideline / recommendation for imprisonment as a term of 37 months.

The government does not oppose modifying the PSR to reflect the above changes.

Respectfully submitted,

HEATHER E. WILLIAMS
Federal Defender

Date: March 14, 2025        /s/ Kara R. Ottervanger
                            KARA R. OTTERVANGER
                            Assistant Federal Defender
                            Attorney for Defendant
                            EDWIN ANGULO

# O R D E R

IT IS HEREBY ORDERED that the final Presentence Investigation Report filed on February 19, 2025, be **MODIFIED** in accordance with the above.

Dated: March 17, 2025       /s/ John A. Mendez
                            THE HONORABLE JOHN A. MENDEZ
                            SENIOR UNITED STATES DISTRICT JUDGE